IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Farrell, Richard A

Printed: 03/17/09

Case Number: 06 B 01580
Judge: Hollis, Pamela S
Filed: 2/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  March 13, 2009
Confirmed: May 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 56,475.86 |  |
| Secured: |  | 44,631.08 |
| Unsecured: |  | 7,249.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,397.20 |
| Trustee Fee: |  | 3,198.00 |
| Other Funds: |  | 0.00 |
| Totals: | 56,475.86 | 56,475.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,397.20 | 1,397.20 |
| 2. | Countrywide Home Loans Inc. | Secured | 24,614.24 | 24,614.24 |
| 3. | HomeComings Financial Network | Secured | 10,939.05 | 10,939.05 |
| 4. | Countrywide Home Loans Inc. | Secured | 3,684.90 | 3,684.90 |
| 5. | HomeComings Financial Network | Secured | 5,392.89 | 5,392.89 |
| 6. | Jefferson Capital | Unsecured | 4,951.82 | 4,951.82 |
| 7. | RoundUp Funding LLC | Unsecured | 2,297.76 | 2,297.76 |
| 8. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 9. | Credit Collection | Unsecured |  | No Claim Filed |
| 10. | Omnium Worldwide | Unsecured |  | No Claim Filed |
| 11. | Credit Collection | Unsecured |  | No Claim Filed |
|  |  |  | $ 53,277.86 | $ 53,277.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 29.10 |
| 5% | 457.15 |
| 4.8% | 463.62 |
| 5.4% | 895.74 |
| 6.5% | 714.61 |
| 6.6% | 637.78 |
|  | $ 3,198.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Farrell, Richard A

Printed: 03/17/09

Case Number: 06 B 01580
Judge: Hollis, Pamela S
Filed: 2/21/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*